AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | | |
|---|---|---|
| American Farm Bureau Federation et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-cv-136 |
| United States Department of the Interior et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs in the above-captioned matter.

Date: 07/24/2024

/s/ Michael Kimberly
*Attorney's signature*

Michael B. Kimberly, 991549 (D.C.)
*Printed name and bar number*

McDermott Will & Emery LLP
500 North Capitol St NW
Washington DC 20001
*Address*

mkimberly@mwe.com
*E-mail address*

(202) 756-8901
*Telephone number*

(202) 756-8087
*FAX number*