Eric Heimann
Acting United States Attorney
C. Levi Martin (WY Bar #6-3781)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY  82003-0668
Telephone: 307-772-2124
christopher.martin@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| AMERICAN FARM BUREAU FEDERATION, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. DEPARTMENT OF THE INTERIOR, et al. <br><br> Defendants. | Case No. 2:24-cv-00136-ABJ |

### ENTRY OF APPEARANCE – C. LEVI MARTIN

Undersigned counsel, Assistant United States Attorney C. Levi Martin, hereby enters his appearance as an attorney in this case for the Defendants, United States Department of the Interior, et al.

Dated this 3rd day of September 2024.

                                              Respectfully Submitted,

                                              Eric Heimann
                                              Acting United States Attorney

                              By:  */s/ C. Levi Martin*
                                              C. LEVI MARTIN
                                              Assistant United States Attorney