Eric Heimann
Acting United States Attorney
C. Levi Martin (WY Bar #6-3781)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003
Telephone: (307) 772-2124
christopher.martin@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| AMERICAN FARM BUREAU FEDERATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-00136-ABJ |

## MOTION FOR *PRO HAC VICE* ADMISSION OF
## LUTHER L. HAJEK
## AS COUNSEL FOR THE UNITED STATES

The undersigned attorney, C. Levi Martin, an Assistant United States Attorney for the District of Wyoming, hereby moves this Court, pursuant to Local Rule 84.2(b) and (d), for an Order admitting Luther L. Hajek to appear and participate as attorney for the United States in the above-captioned action.

In support of this motion, counsel submits the attached copy of the declaration of Luther L. Hajek, executed on August 30, 2024, which reflects that he is admitted to practice before the highest court in the District of Colorado.

The contact information for Luther L. Hajek is as follows:

Luther L. Hajek
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace – Suite 370
Denver, CO 80202
Telephone: (303) 844-1376
Facsimile: (303) 844-1350
Email: luke.hajek@usdoj.gov

The undersigned Assistant United States Attorney is a member in good standing of the Bar of the State of Wyoming and the Bar of this Court and, to the best of his knowledge and belief, vouches for Luther L. Hajek's good moral character and veracity. The undersigned further acknowledges the requirement that local counsel be prepared to represent the client at any time, in any capacity.

WHEREFORE, the undersigned respectfully requests that this Motion for admission *Pro Hac Vice* be granted.

Dated this 3rd day of September 2024.

                                        Respectfully submitted,

                                        ERIC HEIMANN
                                        Acting United States Attorney

By:    */s/ C. Levi Martin*
        C. LEVI MARTIN
        Assistant United States Attorney