ERIC HEIMANN
Acting United States Attorney
C. LEVI MARTIN (WY Bar #6-3781)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
Tel: 307-772-2124
christopher.martin@usdoj.gov

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
LUTHER L. HAJEK
United States Department of Justice
999 18th St.
South Terrace – Suite 370
Denver, CO 80202
Tel: 303-844-1376 / Fax: 303-844-1350
luke.hajek@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| AMERICAN FARM BUREAU FEDERATION, *et al.*, | Case No. 2:24-cv-00136-ABJ |
| Plaintiffs, | DECLARATION OF LUTHER L. HAJEK |
| v. | IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | |
| Defendants. | |

Comes now, Luther L. Hajek, and declares as follows:

1. I am a Trial Attorney in the Natural Resources Section of the Environment and Natural Resources Division, United States Department of Justice, located at 999 18th St., South Terrace—Suite 370, Denver, CO 80202. My telephone number is (303) 844-1376. My email address is luke.hajek@usdoj.gov.

2. I have been admitted to practice in the State of Colorado since 2012 and in the District of Columbia since 2000. I am not admitted to practice in the State of Wyoming or in this Court.

3. I am in good standing in all jurisdictions where I have been admitted or appeared, and no disciplinary or grievance proceedings or public sanctions have been filed or are pending against me.

4. I will comply with and be bound by the Local Rules for the District of Wyoming. I submit to and am subject to disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in the proceedings.

5. I acknowledge that local counsel is required to be fully prepared to represent the client at any time, in any capacity.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of August 2024.

*/s/ Luther L. Hajek*
Luther L. Hajek
United States Department of Justice
Environment and Natural Resources Division
999 18th St.
South Terrace – Suite 370
Denver, CO 80202
Tel: 303-844-1376 / Fax: 303-844-1350
luke.hajek@usdoj.gov

*Attorney for Defendants*