**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| AMERICAN FARM BUREAU FEDERATION, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 2:24-cv-00136-ABJ |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | |
| Defendants. | |

**ORDER GRANTING MOTION FOR ADMITTANCE *PRO HAC VICE* OF LUTHER L. HAJEK**

THIS MATTER having come before the Court on the Motion for *Pro Hac Vice* Admission of Luther L. Hajek as Counsel for the United States,

IT IS HEREBY ORDERED that Luther L. Hajek be admitted *pro hac vice* as non-resident counsel of record for the United States of America.

DATED this _____ day of _____, 2024.


_____
UNITED STATES MAGISTRATE JUDGE