FILED

11:44 am, 9/10/24

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| AMERICAN FARM BUREAU FEDERATION, *et al.*, | Case No. 1:24-cv-136-ABJ<br>Honorable Alan B. Johnson |
| Plaintiffs, | |
| v. | **ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO TRANSFER** |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | |
| Defendants. | |

Upon consideration of Defendants' Unopposed Motion to Transfer pursuant to 28 U.S.C. § 1404(a), and finding that good cause exists for the motion to be granted, it is hereby ORDERED that Defendants' Motion to Transfer is GRANTED; and it is further ORDERED that this case is hereby transferred to the U.S. District Court for the District of Utah.

IT IS SO ORDERED.

Dated: 9 Sep, 2024.

Alan B. Johnson
United States District Judge